In the Matter of the Accounting of CORNELIUS J. SACKETT, as Executor of EMMA B. RAPLEE, Deceased, Appellant; J. NELSON JONES et al., Respondents.

Submitted January 9, 1940; decided January 23, 1940.

*James M. Ryan* and *George I. Teter* for appellant.

*Wilber F. Knapp* and *Spencer F. Lincoln* for respondents.

Appeal dismissed, with costs, on authority of *Matter of Schoenewerg* (277 N. Y. 424). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.